# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In re

**ROBERT LEE MILLER** and
**ANGELA K MILLER**,

Debtors.

Case No. **10-61592-7**

# O R D E R

At Butte in said District this 30th day of May, 2012.

Upon review of the Trustee's Application for Final Compensation and Reimbursement of Expenses filed by the trustee in the above-captioned case, requesting approval of the final compensation and reimbursement of expenses of administration, and good cause appearing therefore;

IT IS ORDERED that Trustee's Application for Final Compensation and Reimbursement of Expenses filed May 29, 2012, is approved; and pursuant to 11 U.S.C. § 326(a) said trustee is awarded $1328.02 as compensation for services and $200.00 for reimbursement of expenses.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana